IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BOBBY GRAHAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4378

_____/

Opinion filed September 1, 2017.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Kevin Alvarez, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

WINOKUR, JAY, and M.K. THOMAS, JJ., CONCUR.